LEO BURDICK et al., Individually and as Copartners Doing Business under the Name of BEACON INN, Appellants and Respondents, v. STATE OF NEW YORK, Respondent and Appellant. (Claim No. 28910.)

Argued January 12, 1951; decided March 8, 1951.

*Albert E. Hollis, Harold F. Lieb* and *John W. Hollis* for appellants and respondents.

*Nathaniel L. Goldstein, Attorney-General (Ronald E. Coleman* and *Wendell P. Brown* of counsel), for respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.